IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MALCOLM HAYES, *Individually,*
*and on behalf of himself and others*
*similarly situated,*

    Plaintiff,

v.                                   No. 1:19-cv-01046-JDB-jay

ELECTRIC RESEARCH AND
MANUFACTURING COOPERATIVE,
INC.,

    Defendant.

ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

    Before the Court is the parties' joint motion for settlement approval.  (Docket Entry 34.) For good cause shown, the motion is GRANTED.  The Court has reviewed the parties' settlement agreement and finds that it is fair and reasonable under the circumstances.  This procedure is fair and reasonable as well.  Accordingly, this matter is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED this 28th day of February 2020.

                                                              s/ J. DANIEL BREEN
                                                              UNITED STATES DISTRICT JUDGE